Decided May 24, 2006

## STATE OF CONNECTICUT *v.* JOHN M.

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 94 Conn. App. 667 (AC 25313), is granted, limited to the following issues:

"1. Did the Appellate Court properly decide that the defendant's conviction of sexual assault in the third

degree under General Statutes § 53a-72a (a) (2) was not supported by sufficient evidence that the defendant was the stepfather of the victim?

"2. Did the Appellate Court properly decide that General Statutes § 53a-72a (a) (2) violated the guidelines of equal protection?"

The Supreme Court docket number is SC 17677.

*James M. Ralls,* senior assistant state's attorney, in support of the petition.

*Martin Zeldis,* public defender, in opposition.

Decided May 31, 2006